UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANTHONY PERRICONE and ANGELA
PERRICONE,

                    Plaintiffs,

v.                                                  **ORDER**

COYOTE OUTDOOR LIVING, INC.,            24-CV-05370-PMH

                    Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
          July 31, 2025

                                                                   _____
                                                                   Philip M. Halpern
                                                                   United States District Judge